AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. Section 472- Uttering Counterfeit Obligations and Securityes; 18 U.S.C. Section 2- Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years in prison, $250,000 fine, 3 years supervised release; and $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ MEI LING CHEN, aka CHEN MEI LING

DISTRICT COURT NUMBER
0505 JSW

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CANDACE KELLY

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

MEI LING CHEN
aka CHEN MEI LING

JSW

0505

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. Section 472- Uttering Counterfeit Obligations and Securities;
18 U.S.C. Section 2- Aiding and Abetting

---

A true bill.

_____ Foreman

Filed in open court this 29th day of July, 2008

**Brenda Tolbert**
Clerk

Bail $ no process

Maria Elena James
United States Magistrate Judge

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 2 | United States Attorney |

**FILED**

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JSW**

**0505**

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 472 – Uttering |
| | ) | Counterfeit Obligations and Securites; 18 |
| v. | ) | U.S.C. § 2 – Aiding and Abetting |
| | ) | |
| MEI LING CHEN, | ) | |
| aka Chen Mei Ling, | ) | |
| | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |
| | ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 472)

On or about July 15, 2008, in the Northern District of California, and elsewhere, the defendant

MEI LING CHEN
aka Chen Mei Ling

and others, did knowingly and with intent to defraud, bring into the United States, falsely made, forged, counterfeited, and altered obligations of the United States, specifically, $380,000 in counterfeit Federal Reserve notes in the denomination of one hundred dollars, which she then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

INDICTMENT

1 | COUNT TWO: (18 U.S.C. § 472)

2 |     On or about July 7, 2008, in the Northern District of California, and elsewhere,

3 | the defendant

4 | MEI LING CHEN<br>aka Chen Mei Ling

did knowingly and with intent to defraud, bring into the United States and keep in her possession and conceal, falsely made, forged, counterfeited, and altered obligations of the United States, specifically, in excess of $15,000 in counterfeit Federal Reserve notes in the denomination of one hundred dollars, which she then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

COUNT THREE: (18 U.S.C. § 472)

    On or about July 12, 2008, in the Northern District of California, and elsewhere, the defendant

MEI LING CHEN<br>aka Chen Mei Ling

and others, did knowingly and with intent to defraud, pass, utter, and publish falsely made, forged, counterfeited, and altered obligations of the United States, specifically, $3,200 in counterfeit Federal Reserve notes in the denomination of one hundred dollars, which she then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

DATED:

7/29/08

A TRUE BILL.

*[signature]*

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: *[signature]* )
                  AUSA Kelly

INDICTMENT