**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date: August 7, 2008

Case No.  CR- 08-505  JSW            Judge:  Jeffrey S. White

**United States of America   v.  Mei Ling Chen**
                    **Defendant**
                    Present (X) Not Present (  ) In-Custody (X)

  **Candace Kelly**                         **Eric Hairston**
  U.S. Attorney                             Defense Counsel

**Deputy Clerk:** Jennifer Ottolini         Court Reporter: Debra Pas
                                            Mandarin Interpreter: Amanda Chen

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Translations of taped interview to be made.
                         More discovery will be given to the Defendant over the next few weeks.


Case Continued to 9-4-08 at 2:30 p.m. for Trial Setting



**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**