1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CANDACE KELLY (CABN 191473)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6991
7  FAX: (415) 436-7234
   E-mail: Candace.Kelly@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0505 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO EXCLUDE TIME UNDER |
| v. ) | THE SPEEDY TRIAL ACT FROM |
| ) | AUGUST 7, 2008 TO SEPTEMBER 4, |
| MEI LING CHEN, ) | 2008 |
|   aks Chen Mei Ling ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION

1. On August 7, 2008, the parties in the above-captioned case made their first appearance before this Court in this matter. The government explained that the majority of discovery had been produced, but additional time was required to obtain and produce additional materials and to transcribe and translate an interview of the defendant that had been conducted in Mandarin. The parties agreed that a continuance of approximately one month would be an appropriate amount of time to allow defense counsel a reasonable amount of time to review the discovery that has been and will be produced.

STIPULATION AND [PROPOSED] ORDER
CR 08-0505-JSW

2.  Both counsel stipulated and agreed that time should be excluded from August 7, 2008, through and including September 4, 2008, from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) in order to allow for a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: August 8, 2008                             /s/
                                                  ERIC HAIRSTON
                                                  Attorney for Defendant Chen


DATED: August 8, 2008                             /s/
                                                  CANDACE KELLY
                                                  Assistant United States Attorney


ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court continues the matter to September 4, 2008 for a status hearing and orders that the period from August 7, 2008 through and including September 4, 2008 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.


DATED:_____                             _____
                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 08-0505-JSW