UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:  JEFFREY S. WHITE**

**Date**: September 4, 2008

**Case No:** CR 08-00505 JSW

**Case Title**: UNITED STATES v.  MEI LING CHEN (present, I/C)

**Appearances:**

    For the Government: Candace Kelly

    For Defendant(s): Jodi Linker

**Interpreter:** Amanda Chen (Mandarin)     **Probation Officer:**

**Deputy Clerk**:  Rowena B. Espinosa     **Court Reporter**: Sylvia Russo

### *PROCEEDINGS*

1.  Status - held

### *SUMMARY*

- The matter is continued to **Thursday, Sept. 25, 2008 at 2:30 PM for Trial Setting**.
- Time is excluded until 09/25/08 for effective preparation of counsel.  Counsel to prepare order.