JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6991
    FAX: (415) 436-7234
    E-mail: Candace.Kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0505 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 4, 2008 TO SEPTEMBER 25, 2008 |
| v. | |
| MEI LING CHEN, aks Chen Mei Ling | |
| Defendant. | |

STIPULATION

1. On September 4, 2008, the parties in the above-captioned case appeared before this Court for a status conference.  At that time, Assistant Public Defender Linker made her first appearance in this matter and explained that the case had recently been transferred to her.  The government explained that it was prepared to produce additional discovery, including a transcription and translation of interviews that had been conducted in Mandarin.  The parties agreed that in light of Ms. Linker's new appointment to the case as well as the additional discovery,  a continuance of approximately three weeks would be an appropriate amount of time to allow defense counsel a reasonable amount of time to adequately prepare for trial.

STIPULATION AND [PROPOSED] ORDER
CR 08-0505-JSW

2.  Both counsel stipulated and agreed that time should be excluded from September 4, 2008, through and including September 25, 2008, from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) in order to allow for a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED:  9/8/2008

/S/
_____
JODI LINKER
Attorney for Defendant Chen

DATED:  9/8/2008

/S/
_____
CANDACE KELLY
Assistant United States Attorney

### ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court continues the matter to September 25, 2008 for a status hearing and orders that the period from September 4, 2008 through and including September 25, 2008 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 8, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 08-0505-JSW