1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CANDACE KELLY (CABN 191473)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       E-Mail: candace.kelly@usdoj.gov
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CR 08-0505 JSW
14                                    )
         Plaintiff,                   )   [PROPOSED] ORDER APPROVING
15                                    )   STIPULATION INSTRUCTING U.S.
         v.                           )   SECRET SERVICE TO FORWARD
16                                    )   SEIZED FUNDS TO CLERK OF THE
   MEI LING CHEN,                     )   COURT TO PAY DEFENDANT'S
17    aka Chen Mei Ling               )   CRIMINAL MONETARY
                                      )   OBLIGATIONS
18       Defendant.                   )
                                      )
19

20       The Court, having reviewed the Parties' Stipulation Instructing U.S. Secret Service to

21  Forward Seized Funds to Clerk of the Court to Pay Defendant's restitution obligation, and good

22  cause appearing, hereby APPROVES the stipulation.

    **IT IS SO ORDERED.**
23

24

25
    DATED: March 4, 2009                    _____
26                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
27

28

[PROPOSED] ORDER APPROVING STIPULATION
CR 08-0505 JSW                       -1-